NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**FLEXITEEK AMERICAS, INC. and FLEXITEEK INTERNATIONAL AS,**
*Plaintiffs-Appellees,*

v.

**PLASTEAK, INC. and PLASDECK, INC.,**
*Defendants-Appellants,*

**and**

**ANDRE BATISTA,**
*Defendant.*

---

2010-1256

---

Appeal from the United States District Court for the Southern District of Florida in case no. 08-CV-60996, Judge James I. Cohn.

---

ON MOTION

---

ORDER

Upon consideration of PlasTEAK, Inc. and PlasDECK, Inc.'s motion for an extension of time to file the joint appendix,*

IT IS ORDERED THAT:

(1) The motion is granted to the extent that the due date for the filing of the joint appendix is stayed, pending this court's determination of the effect of the district court's July 20, 2010 order.

(2) The appellants and appellees are directed to respond, within 21 days of the date of filing of this order, concerning whether this appeal should be dismissed as moot in view of the district court's July 20, 2010 order. Each response should not exceed 20 pages.

FOR THE COURT

AUG 2 0 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: S. Tracy Long, Esq.
    Bruce H. Wilson, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 0 2010

JAN HORBALY
CLERK

---

\* The appellants attach the July 20, 2010 order of the district court and ask this court to "assess the order of the trial court, and decide whether the instant appeal may now be moot." In the present motion, the appellants have not sufficiently developed their arguments whether the appeal is moot or whether, inter alia, the trial court had jurisdiction to enter the July 20 order while the injunction was on appeal to this court.